DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **MICHAEL W. FOSTER,**<br><br>**Petitioner,**<br>v.<br><br>**VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE,**<br><br>**Respondent.** | Civil Action No. 2013-0089 |

**Attorneys:**
**Michael W. Foster,** *pro se*
St. Croix, U.S.V.I.
   *For the Petitioner*

**Raymond T. James, Esq.,**
St. Croix, U.S.V.I.
   *For the Respondent*

## ORDER

**UPON CONSIDERATION** of Respondent Virgin Islands Bureau of Internal Revenue's Motion to Dismiss (Dkt. No. 9), the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Respondent's Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that Petitioner shall have up to and including **April 30, 2015** within which to amend his petition to name the proper respondent and perfect service of process.

   **SO ORDERED.**

Date: March 31, 2015                   _____/s/_____
                                                      WILMA A. LEWIS
                                                      Chief Judge